David P. FARLEY, Plaintiff–Appellant,

v.

Glenn ROSE; Wayne Jarnison; Betty Kiefin; Jim Johnson, Defendants–Appellees.

No. 00–2066.

United States Court of Appeals, Fourth Circuit.

Submitted Jan. 16, 2001.

Decided Jan. 26, 2001.

David P. Farley, pro se.

Before WILLIAMS, MICHAEL, and KING, Circuit Judges.

PER CURIAM.

David P. Farley appeals the district court's order dismissing his suit under 28 U.S.C.A. § 1915(e)(2) (West Supp.2000). We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we affirm on the reasoning of the district court. *See Farley v. Rose,* No. CA–00–552–5–BR (E.D.N.C. Aug. 7, 2000). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*